JAMES C. DE GROFF, Respondent, *v.* ANTONIO PANSINI et al., Appellants.

*De Groff* v. *Pansini*, 173 App. Div. 905, affirmed.
(Argued November 13, 1918; decided December 3, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 20, 1916, affirming a judgment in favor

of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage upon real property. The action was brought to foreclose a past-due purchase-money mortgage upon real property given by the defendant Antonio Pansini to the plaintiff to secure payment of a bond in the principal sum of $2,600. Jennie Pansini and the Title Guarantee and Trust Company were joined as defendants, the former being the wife of the mortgagor in possession, and the latter being the record holder of a mortgage upon said property executed and recorded subsequent to the mortgage under foreclosure. The defendants admit in their answers the execution of the bond and mortgage and the recording of the mortgage, but deny knowledge or information sufficient to form a belief as to the delivery of the bond and mortgage, deny the allegation of non-payment, and set up an affirmative defense of payment and satisfaction of the mortgage.

*Lynn C. Norris* and *Edward M. Perry* for appellants. *Frederick S. Martyn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Collin, Cuddeback, Hogan, McLaughlin and Crane, JJ.